954 A.2d 573

**LEHIGH COAL & NAVIGATION COMPANY**

v.

**COALDALE ENERGY, LLC and Coaldale Energy, LP**

**James J. Curran**

v.

**Coaldale Energy, LLC and Coaldale Energy, LP**

**Petition of Lehigh Coal & Navigation Company.**

Supreme Court of Pennsylvania.

July 29, 2008.

## ORDER

PER CURIAM.

**AND NOW,** this 29th day of July, 2008, Emergency Petition for Review of Grant of Stay is **DENIED.**